IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| H. GUY JONES,<br><br>     Plaintiff,<br><br>     v.<br><br>ANGELA ZELMA MOORE BROWN<br>Attorney, and Pro Hac Vice Judge,<br>State Court of Cobb County, Georgia,<br>et al.,<br><br>     Defendants. | CIVIL ACTION FILE<br>NO. 1:13-CV-528-TWT |

<u>ORDER</u>

　　　This is a pro se civil rights action against the judges involved in his divorce case, his wife and her attorney. It is before the Court on the Report and Recommendation [Doc. 8] of the Magistrate Judge recommending dismissing the action against the judges on the grounds of judicial immunity and the other parties on the grounds of no state action. The Court approves and adopts the Report and Recommendation as the judgment of the Court. This action is DISMISSED. The Motion for Extension of Time [Doc. 13] is DENIED.

T:\ORDERS\13\Jones\13cv528\r&r.wpd

SO ORDERED, this 21 day of May, 2013.


/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge